# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:07-PO-259 |
| Plaintiff, | | Magistrate Judge Michael J. Newman |
| -vs- | : | |
| JESSICA GREEN-LAWSON, | | |
| Defendant. | : | |

## ORDER DENYING DEFENDANT'S MOTION TO EXPUNGE RECORD (DOC. 12)

Now before the Court is Defendant's unopposed *pro se* motion to expunge her criminal record (doc. 12). In the motion, Defendant explains, "I'm in the medical field and this case is causing me to be turned down for jobs." *Id.* at PageID 15. Recognizing that this criminal matter was dismissed at the government's request, *see* doc. 10, and further recognizing that there is no formal expungement procedure in the federal courts, *see United States v. Lucido*, 612 F.3d 871, 873-77 (6th Cir. 2010), the Court **DENIES** Defendant's motion (doc. 12). Nonetheless, for good cause shown, the Court **ORDERS** the Clerk of Courts to provide Defendant with a certified copy of the Dismissal Order (doc. 10) so that Defendant may have proof of the government's request to dismiss the criminal charge against her in this case.

August 28, 2012                              s/ **Michael J. Newman**
                                             United States Magistrate Judge